# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| Debtor: | GREGORY P. & CATHERINE M. RUBIS |
| Case Number: | 16-24595-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JUNE 29, 2017 01:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
7/3/17 2:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#12 - Final Confirmation of Plan Dated 12/30/2016 (NFC)
R / M #:  12 / 0

### *Appearances:*

Debtor: White
Trustee: Winnecour / (Bedford) / Pail / Katz
Creditor: Vandergrift - Ally
Hornbrook? - PNC

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ___✓___ An Amended Plan is to be served on all creditors and certificate of service filed by __8-5-17__.
   Objections are due on or before __8-25-17__
   A hearing on the Amended Plan is set for __9-7-17__ at __10:30__.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/22/2017  11:18:46AM