**Form 005**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Gregory P. Rubis**
**Catherine M. Rubis**
   Debtor(s)

Bankruptcy Case No.: 16–24595–CMB
Chapter: 13
Related to Document No.:
Concil. Conf.: September 7, 2017 at 10:30 AM

## <u>ORDER</u>

On June 29, 2017, a Conciliation Conference was conducted on the December 30, 2016 Plan, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

**AND NOW,** this **3rd day of July, 2017**, it is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

(1) ***On or before August 7, 2017,*** the Debtor(s) shall file and serve a copy of this ***Order*** and an ***Amended Plan*** on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying ***Certificate of Service***.

(2) ***On or before August 25, 2017,*** all ***Objections*** to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

(3) ***On September 7, 2017 at 10:30 AM ,*** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

(4) If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5) Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6)

Dated: July 3, 2017

cm: Debtor
   Daniel R. White, Esq.

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 16-24595-CMB
Gregory P. Rubis                                                            Chapter 13
Catherine M. Rubis
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: jhel            Page 1 of 1            Date Rcvd: Jul 03, 2017
                               Form ID: 005           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 05, 2017.
db/jdb       +Gregory P. Rubis,    Catherine M. Rubis,    134 Strawn Road,    Perryopolis, PA 15473-5438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2017                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 3, 2017 at the address(es) listed below:
          Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
           dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
          Daniel R. White    on behalf of Joint Debtor Catherine M. Rubis dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com
          Daniel R. White    on behalf of Debtor Gregory P. Rubis dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com
          James  Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                       TOTAL: 6