UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

    Debtor:   GREGORY P. & CATHERINE M. RUBIS
    Case Number:   16-24595-CMB    Chapter: 13
    Date / Time / Room:   THURSDAY, SEPTEMBER 07, 2017 10:30 AM   3251 US STEEL
    Hearing Officer:   CHAPTER 13 TRUSTEE

FILED
9/8/17 11:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#34 Amended Plan dated 8/2/2017 (NFC)
[Motion to Dismiss by IRS set for 9/27/17 at 10:00]
R / M #:  34 / 0

**Appearances:**

Debtor:
Trustee: Winnecour / Bedford / (Pail) Katz  [handwritten: W Help]
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to __1/11/18__ at __11:00__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
       Objections are due on or before _____.
       A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/31/2017    2:13:55PM