# PROCEEDING MEMO

Date: 09/27/2017  10:00 am

In re: Gregory P. Rubis
      Catherine M. Rubis

                                                    Bankruptcy No. 16-24595-CMB
                                                    Chapter: 13
                                                    Doc. # 36

Appearances: Winnecour / ~~Bedford / Pail / Katz~~

Movant(s): Jill Locnikar  for IRS

Respondents: ~~Daniel R. White~~  Abigale Steidl for Debtors

Creditor(s):

Nature of Proceeding: #36 United States' Motion to Dismiss Case

Additional Pleadings: Certificate of Service;  #39 Response by Debtors

Judge's Notes:    There are still no 2015 or 2016 tax returns.  Debtors' counsel cannot reach clients.

Outcome:    Case dismissed without prejudice.

```
_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED  _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED      Order entered
_____ Reschedule for Proper Service
__X__ Case DISMISSED            Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER:  _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                              Respondent(s) brief due _____ days
                              Trustee's brief due _____ days
```

                                                                               Carlota M. Böhm
                                                                               U.S. Bankruptcy Judge

FILED
9/27/17 3:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA