Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Gregory P. Rubis** | : | Case No. 16−24595−CMB |
| **Catherine M. Rubis** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | Related to Doc. No. 36 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **27th day of September, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-24595-CMB
Gregory P. Rubis                                                      Chapter 13
Catherine M. Rubis
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric           Page 1 of 2           Date Rcvd: Sep 27, 2017
                              Form ID: 309         Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
db/jdb         +Gregory P. Rubis,   Catherine M. Rubis,   134 Strawn Road,   Perryopolis, PA 15473-5438
cr             +Ally Financial,   Tucker Arensberg, P.C.,   c/o Brett A. Solomon, Esquire,   1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
cr             +United States of America Department of the Treasur,   c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,   700 Grant Street, Suite 4000,   Pittsburgh, PA  15219,
                 U.S.A. 15219-1956
14344257        AT&T Mobility,   P.O. Box 10330,   Fort Wayne, IN 46851-0330
14344272       +Cynthia Zentek,   213 Morton Street,   New Eagle, PA 15067-1369
14344258        Direct TV,   P.O. Box 5007,   Carol Stream, IL 60197-5007
14415819       +Directv, LLC,   by American InfoSource LP as agent,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
14344259        Emergency Physicians of Pgh., LTD,   P.O. Box 13566,   Philadelphia, PA 19101-3566
14344260        Family Practice Medical Assoc. South,   1200 Brooks Lane-Suite 290,
                 Jefferson Hills, PA 15025-3765
14344261       +Focus Receiveables Management,   1130 Northchase Parkway-Suite 150,   Marietta, GA 30067-6429
14344262        Grandis, Rubin, Shanahan, and Assoc.,   575 Coal Valley Road-Suite 570,   Pittsburgh, PA 15205
14344264       +Jefferson Hills Surgical Associates,   1200 Brooks Lane-Suite 170,   Clairton, PA 15025-3759
14334749        Jefferson Regional Medical Center,   P.O. Box 643054,   Pittsburgh, PA 15264-3054
14344265       +KML Law Group,   701 Market Street-Suite 5000,   Philadelphia, PA 19106-1541
14348592       +M&T Bank,   PO Box 1508,   Buffalo, NY 14240-1508
14334751       +One Stop Auto Group,   600 Pittsburgh Road,   Uniontown, PA 15401-2214
14334752       +PNC Bank,   Consumer Loan Center,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4704
14393422       +PNC Bank, N.A.,   PO BOX 94982,   Cleveland, OH 44101-4982
14334753        PNC Cardmember Services,   P.O. Box 2859,   Kalamazoo, MI 49003-2859
14334754       +PNC Mortgage,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
14419323       +PNC Mortgage, a division of PNC Bank, NA,   Attn: Bankruptcy,   3232 Newmark Drive,
                 Miamisburg, OH 45342-5421
14348589       +PO Box 1508,   Buffalo, NY 14240-1508
14344267        Penn Credit,   916 South 14th Street,   P.O. Box 988,   Harrisburg, PA 17108-0988
14344268       +Pennsylvania Turnpike Commission,   Violation Processing Center,   8000 C Derry Street,
                 Harrisburg, PA 17111-5287
14344269       +Pittsburgh Parking Court,   240 Fourth Avenue,   Pittsburgh, PA 15222-1708
14344270       +Professional Account Management,   P.O. Box 391,   Milwaukee, WI 53201-0391
14344271        State Collection Service, Inc.,   2509 South Stoughton Road,   P.O. Box 6250,
                 Madison, WI 53716-0250
14334756        US Department of Education,   Claims Filing Unit,   P.O. Box 8973,   Madison, WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14334747        EDI: GMACFS.COM Sep 28 2017 00:53:00      Ally Financial,   P.O. Box 130424,
                 Roseville, MN 55113-0004
14401666        EDI: AIS.COM Sep 28 2017 00:53:00      American InfoSource LP as agent for,   Verizon,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
14334748        EDI: DISCOVER.COM Sep 28 2017 00:54:00      Discover,   P.O. Box 30421,
                 Salt Lake City, UT 84130-0421
14339134        EDI: DISCOVER.COM Sep 28 2017 00:54:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
14344263        EDI: IRS.COM Sep 28 2017 00:54:00      Internal Revenue Service,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14334750        E-mail/Text: camanagement@mtb.com Sep 28 2017 01:17:08      M&T Bank,   One Fountain Plaza,
                 P.O. Box 4005,   Buffalo, NY 14203
14396007       +EDI: MID8.COM Sep 28 2017 00:53:00      Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
14344266        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 28 2017 01:17:38      PA Department of Revenue,
                 Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA 17128-0946
14334755        EDI: RMSC.COM Sep 28 2017 00:54:00      Toys R US Credit Card/Synchrony Bank,
                 Bankruptcy Department,   P.O. Box 965060,   Orlando, FL 32896-5060
                                                                                                TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
14348590*      +PO Box 1508,   Buffalo, NY 14240-1508
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2         User: dric              Page 2 of 2             Date Rcvd: Sep 27, 2017
                             Form ID: 309            Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2017 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              Daniel R. White    on behalf of Joint Debtor Catherine M. Rubis dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor Gregory P. Rubis dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Jill   Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```