**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GREGORY P. RUBIS<br>CATHERINE M. RUBIS<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:16-24595<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/09/2016 and confirmed on 02/13/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 14,900.00 |
| Less Refunds to Debtor | 1,390.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 13,510.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,647.68 | |
|   Trustee Fee | 580.21 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,227.89 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA<br>    Acct: 3252 | 0.00 | 1,806.95 | 0.00 | 1,806.95 |
|   PNC BANK NA<br>    Acct: 3018 | 0.00 | 4,958.31 | 0.00 | 4,958.31 |
|   PNC BANK NA<br>    Acct: 3252 | 2,000.00 | 0.00 | 0.00 | 0.00 |
|   PNC BANK NA<br>    Acct: 3018 | 9,616.92 | 0.00 | 0.00 | 0.00 |
|   ALLY FINANCIAL(*)<br>    Acct: 6947 | 17,466.43 | 1,658.46 | 650.61 | 2,309.07 |
|   ONE STOP AUTO GROUP<br>    Acct: 3342 | 10,876.00 | 1,627.01 | 580.77 | 2,207.78 |
| | | | | 11,282.11 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   GREGORY P. RUBIS<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | ZEBLEY MEHALOV & WHITE PC | 3,000.00 | 1,647.68 | 0.00 | 0.00 |
| | Acct: | | | | |
| | INTERNAL REVENUE SERVICE* | 8,418.92 | 0.00 | 0.00 | 0.00 |
| | Acct: 5854 | | | | |
| | PA DEPARTMENT OF REVENUE* | 237.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5854 | | | | |
| | GREGORY P. RUBIS | 1,390.00 | 1,390.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ***NONE*** | | | | |
| Unsecured | | | | | |
| | AT & T MOBILITY II LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3295 | | | | |
| | DIRECTV (*) - TRUSTEE PAYMENTS | 68.01 | 0.00 | 0.00 | 0.00 |
| | Acct: 3356 | | | | |
| | DISCOVER BANK(*) | 6,937.73 | 0.00 | 0.00 | 0.00 |
| | Acct: 0862 | | | | |
| | DISCOVER BANK(*) | 3,892.54 | 0.00 | 0.00 | 0.00 |
| | Acct: 4353 | | | | |
| | EMERGENCY PHYSICIANS - PGH LTD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: PIT1 | | | | |
| | FAMILY PRACTICE MED ASSOC SOUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3717 | | | | |
| | FAMILY PRACTICE MED ASSOC SOUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2846 | | | | |
| | GRANDIS & RUBIN MD PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0270 | | | | |
| | JEFFERSON HILLS SURGICAL SPEC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4862 | | | | |
| | JEFFERSON REGIONAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9800 | | | | |
| | JEFFERSON REGIONAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2200 | | | | |
| | M & T BANK | 7,457.73 | 0.00 | 0.00 | 0.00 |
| | Acct: 4719 | | | | |
| | PENNSYLVANIA TURNPIKE COMMISSION* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 87PA | | | | |
| | PNC BANK NA | 19,330.76 | 0.00 | 0.00 | 0.00 |
| | Acct: 9255 | | | | |
| | PNC BANK NA | 4,307.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 6602 | | | | |
| | MIDLAND FUNDING LLC | 380.39 | 0.00 | 0.00 | 0.00 |
| | Acct: 0648 | | | | |
| | US DEPARTMENT OF EDUCATION** | 42,591.38 | 0.00 | 0.00 | 0.00 |
| | Acct: 9272 | | | | |
| | CYNTHIA ZENTEK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | INTERNAL REVENUE SERVICE* | 400.11 | 0.00 | 0.00 | 0.00 |
| | Acct: 5854 | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FOCUS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3356 | | | | |
| | PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5623 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| PROFESSIONAL ACCOUNT MANAGEMENT  Acct: 8843 | 0.00 | 0.00 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC  Acct: 4192 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDITOR INFORMATION MISSING OR VA(  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION**  Acct: 9272 | 43,571.50 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT FOR \  Acct: 3384 | 146.53 | 0.00 | 0.00 | 0.00 |
| DIRECTV (*) - TRUSTEE PAYMENTS  Acct: 9085 | 705.41 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                    11,282.11

TOTAL CLAIMED
PRIORITY            8,655.92
SECURED           39,959.35
UNSECURED      129.789.59

Date: 11/20/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com